IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY RHOADES                                                                  PLAINTIFF

v.                          Case No. 4:19-cv-00789-KGB

LEE MOORE, Circuit Judge,
Dyersburg, Tennessee, et al.                                                     DEFENDANTS

## ORDER

Plaintiff Jeffery Rhoades filed in this Court a *pro se* complaint alleging 42 U.S.C. § 1983 claims (Dkt. No. 2). However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Tennessee. *See* 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Tennessee. *See* 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to transfer Mr. Rhoades' entire case file to the United States District Court for the Western District of Tennessee after reasonable delay. *See In re Nine Mile Ltd*., 673 F.2d 242, 243 (8th Cir. 1982).

It is so ordered this 12th day of November, 2019.

Kristine G. Baker
United States District Judge